GUILLAUME REUSENS, Appellant and Respondent, *v.* OLIVER M. ARKENBURGH, Respondent and Appellant.

*Reusens* v. *Arkenburgh*, 138 App. Div. 908, affirmed.
(Argued October 10, 1911; decided October 24, 1911.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 24, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon an account stated.

*Edgar J. Nathan* for plaintiff, appellant and respondent.

*Herman B. Goodstein* and *Harry A. Gordon* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: VANN, J.